FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:17-CR-00 206 BSM |
| v. | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | |
| RANDY MEDLOCK | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   Prior to March 9, 2016, the defendant, **RANDY MEDLOCK**, had been convicted as follows:

   1.   In Crittenden County Circuit Court for battery, 1st degree, in criminal case CR-93-277.

B.   The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

On or about March 9, 2016, in the Eastern District of Arkansas, the defendant,

**RANDY MEDLOCK**,

did knowingly possess a firearm in and affecting commerce, to wit, a Kel-Tec .380 caliber semi-automatic pistol, bearing serial number J6406.

All in violation of Title 18, United States Code, § 922(g)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED)